Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
ETORI HUGHES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>ETORI HUGHES<br>            Defendant. | CASE NO.: 2:21-CR-00163<br><br>STIPULATION TO CONTINUE TIME FOR SENTENCING |

**STIPULATION TO CONTINUE TIME FOR SENTENCING**

IT IS HEREBY STIPULATED AND AGREED by and between K. Nicholas Portz, Special Assistant United States Attorney, Counsel for UNITED STATES OF AMERICA, and Maysoun Fletcher, Esq., Counsel for Defendant ETORI HUGHES, that the Sentencing Hearing currently scheduled for September 27, 2021 at 11:00 a.m. be vacated and reset thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  Counsel for the defendant was appointed yesterday and needs time to obtain and review file materials from former counsel, review sentencing issues, and consult with the defendant.

2.  Counsel for the defendant has spoken to her client and he has no objection to the request for continuance.

3.  Counsel for the United States has no objection to the continuance.

4.  Denial of this request for continuance could result in a miscarriage justice.

5.  The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States

Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the current Sentencing Hearing.

This is the first request for continuance filed herein.

DATED: September 24, 2021.

| | |
|---|---|
| */s/ K. Nicholas Portz* | */s/ Maysoun Fletcher* |
| **K. Nicholas Portz, Esq.** | **Maysoun Fletcher, Esq.** |
| Assistant United States Attorney | 5510 South Fort Apache Road |
| 501 Las Vegas Boulevard South #500 | Las Vegas, Nevada 89148 |
| Las Vegas, Nevada 89101 | Attorney for Defendant, Etori Hughes |

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone:  (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
ETORI HUGHES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>vs.<br><br>ETORI HUGHES,<br>          Defendant | CASE NO.: 2:21-CR-00163 |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant was appointed yesterday and needs time to obtain and review file materials from former counsel, review sentencing issues, and consult with the defendant.

2. Counsel for the defendant has spoken to her client and he has no objection to the request for continuance.

3. Counsel for the United States has no objection to the continuance.

4. Denial of this request for continuance could result in a miscarriage justice.

5. The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the current Sentencing Hearing.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for sentencing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for September 27, 2021 at 11:00 a.m., is continued to October 28, 2021, at 11:00 a.m.

IT IS SO ORDERED.

DATED this 27th day of September, 2021.

_____
HONORABLE JENNIFER DORSEY
U.S. DISTRICT COURT JUDGE