# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-163-JAD-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ETORI HUGHES, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Etori Hughes to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Etori Hughes pled guilty. Criminal Information, ECF No. 27; Plea Agreement, ECF No. 29; Preliminary Order of Forfeiture, ECF No. 30; Arraignment & Plea, ECF No. 32.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 15, 2021, through August 13, 2021, notifying all potential third

parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 36-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 35.

On July 16, 2021, the United States Attorney's Office served Jorna Ann Edrada Clark with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 35-1.

On July 22, 2021, the United States Marshals Service attempted to serve Jorna Ann Bernardo Edrada Clark by personal service. The address was located at an apartment complex and the front office was closed permanently.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Glock 26 9mm handgun, Gen 4 (SN BELD376), with tactical flashlight;
2. Two black 50-round drum magazines (9mm) loaded with 49 and 25 rounds, respectively;
3. Five 32-round Glock magazines (9mm) loaded with 34, 33, 33, 33 and 33rounds, respectively;

/ / /

    4. Three 10 round Glock mags (9MM) loaded with 10, 10, and 10 rounds, respectively;

    5. Three 15 round Glock mags (9MM) loaded with 15, 15, and 15 rounds, respectively;

    6. One 17 round Glock mag (9MM) loaded with 17 rounds;

    7. A total of 352 9MM rounds, all of which were loaded into magazines;

    8. a Glock 9mm magazine with 15 rounds of ammunition;

    9. three 31 round 9mm magazines with ammunition;

    10. six 15-round 9mm magazines with ammunition;

    11. three 14-round 9mm magazines with ammunition;

    12. three 10-round 9mm magazines with ammunition; and

    13. any and all compatible ammunition

(all of which constitutes property).

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

    DATED: November 2, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE